452 A.2d 48

Commonwealth v. Ross, Appellant.

Submitted June 21, 1982. Vincent T. Snyder, for appellant; Gail Thackery, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence (Nos. 1533 and 1534 May Term, 1980) affirmed; appeal dismissed with respect to No. 1535 May Term, 1980.